### IN THE UNITED STATES BANKRUPTCY
### COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 7 |
| RITE WAY ELECTRIC, INC | : |
| DEBTOR(S) | : BANKRUPTCY NO. 11-19633 |
| TERRY DERSHAW, TRUSTEE | : |
| PLAINTIFF(S) | : |
| V. | : |
| ALBERT A. CIARDI, III | : |
| DEFENDANT(S) | : ADVS NO. 14-0026 |
| TERRY DERSHAW, TRUSTEE | : |
| PLAINTIFF(S) | : |
| V. | : |
| CIARDI, CIARDI & ASTIN, P.C. | : |
| DEFENDANT(S) | : ADVS NO. 14-0027 |

## ORDER

**AND NOW,** upon consideration of the Defendants' Motions to Dismiss the Complaints, the Plaintiff's Response thereto, after hearing held, it is hereby:

**ORDERED,** that for the reasons contained in the within Opinion, the Motions to Dismiss are Granted; the above Complaints are dismissed without prejudice; and it is

**FURTHER ORDERED** that the law firm of Ciardi, Ciardi & Astin, P.C. shall filed a Statement under Rule 2016 (b) within 20 days of the date of this Order.

By the Court:

*[signature: Stephen Raslavich]*

_____
Stephen Raslavich
United States Bankruptcy Judge

Dated: April 30, 2014

Interested Parties:

Counsel for Plaintiff:
Mark S. Haltzman, Esquire
SILVERANG, DONOHOE,
ROSENZWEIG & HALTZMAN, LLC
595 E. Lancaster Ave., Ste. 203
St. Davids, PA 19087

Counsel for Defendant:
Kenneth E. Aaron, Esquire
WEIR & PARTNERS LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19103

Chapter 7 Trustee:
Terry P. Dershaw
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974-0632

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich